# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEROME WALKER,

    Petitioner,

v.                                              4:18cv548–WS/MJF

STATE OF FLORIDA,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S AMENDED PETITION
## FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 10) dated March 7, 2019. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed as successive. The petitioner has filed no objections to the report and recommendation.

Because there is nothing in the record that reflects that the petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider the petitioner's claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's amended petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __4th__ day of __April__, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE